IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN DASHAN BAILEY
ADC #155059                                                                    PLAINTIFF

v.                                    No. 4:22-cv-149-DPM

COBBS, Sgt./Officer, Pulaski County Regional
Detention Facility; WHITE, Deputy/Officer,
Pulaski County Regional Detention Facility;
WEST, Deputy/Officer, Pulaski County
Regional Detention Facility                                                  DEFENDANTS

### ORDER

On *de novo* review, the Court declines the recommendation, *Doc. 6*. Fed. R. Civ. P. 72(b)(3). Heeding the Magistrate Judge's instructions, Bailey promptly filed a responding document entitled "Signed Copy of the Complaint", which he signed. *Doc. 7*. It is substantially the same as his unsigned complaint. It complies with Federal Rule of Civil Procedure 11. It does not, however, comply with Federal Rule of Civil Procedure 8 or Local Rule 9.1 because it is not on the court-approved § 1983 form for prisoners. Bailey is entitled to another opportunity to get his pleading squared away. He must file a signed complaint, on the court-approved form, by 18 May 2022. If he does not do so, his case will be dismissed without prejudice. Local Rule 5.5(c)(2). The Court directs the Clerk to send Bailey a blank § 1983 form,

and copies of *Doc. 2 & 7* for reference. The Court returns this case to the Magistrate Judge.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

15 April 2022