IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN DASHAN BAILEY
ADC #155059                                                                                              PLAINTIFF

v.                                  No. 4:22-cv-149-DPM

COBBS, Sgt./Officer, Pulaski County Regional
Detention Facility; WHITE, Deputy/Officer,
Pulaski County Regional Detention Facility;
WEST, Deputy/Officer, Pulaski County
Regional Detention Facility                                                                     DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Bailey hasn't updated his address or made arrangement to pay the balance of the filing fee; and the time to do so has passed. *Doc. 20.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The recommended disposition, *Doc. 18*, is declined as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2022