IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN DASHAN BAILEY
ADC #155059                                                               PLAINTIFF

v.                              No. 4:22-cv-149-DPM

COBBS, Sgt./Officer, Pulaski County Regional
Detention Facility; WHITE, Deputy/Officer,
Pulaski County Regional Detention Facility;
WEST, Deputy/Officer, Pulaski County
Regional Detention Facility                                              DEFENDANTS

## JUDGMENT

Bailey's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 August 2022